```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 07 B 15213
    THEARTHA BURT
                                               CHAPTER 13

                                               JUDGE: SUSAN PIERSON SONDERBY

            Debtor
    SSN XXX-XX-7398


------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
      The case was filed on 08/22/2007 and was not confirmed.

      The case was dismissed without confirmation 11/15/2007.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT      INTEREST     PRINCIPAL
                                                                PAID          PAID
------------------------------------------------------------------------------
DRIVE FINANCIAL SERVICES  SECURED VEHIC      34453.00            .00        125.00
DRIVE FINANCIAL SERVICES  UNSECURED           2610.47            .00           .00
CITY OF CHICAGO PARKING   UNSECURED          NOT FILED           .00           .00
COMMONWEALTH EDISON       UNSECURED            365.39            .00           .00
ROUNDUP FUNDING LLC       UNSECURED           1414.51            .00           .00
ECAST SETTLEMENT CORP     UNSECURED           1273.78            .00           .00
ROUNDUP FUNDING LLC       UNSECURED          14939.78            .00           .00
PEOPLES GAS LIGHT & COKE  UNSECURED            648.43            .00           .00
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY         1,142.00                      944.03
TOM VAUGHN                TRUSTEE                                            73.10
DEBTOR REFUND             REFUND                                          1,142.13

        Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                          RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                   2,284.26

PRIORITY                                              .00
SECURED                                            125.00
UNSECURED                                             .00
ADMINISTRATIVE                                     944.03
TRUSTEE COMPENSATION                                73.10
DEBTOR REFUND                                    1,142.13
                         --------------        --------------
TOTALS                    2,284.26               2,284.26
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 02/27/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE